1  MONICA M. QUINN, Bar No. 198332
   mquinn@littler.com
2  ALAN SIMS, Bar No. 328346
   alsims@littler.com
3  LITTLER MENDELSON, P.C.
   633 West 5th Street, 63rd Floor
4  Los Angeles, CA  90071
   Telephone: 213.443.4300
5  Facsimile:  213.443.4299

6  Attorneys for Defendant
   OFFICE DEPOT, INC.

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11 SHAWN MARTIN, an individual,        Case No.  2:19-cv-10848 -RSWL-PLAx

12              Plaintiff,             **ORDER RE STIPULATED
                                       PROTECTIVE ORDER AND FRE
13 v.                                  502(D) AND (E) CLAWBACK
                                       ORDER**
14 OFFICE DEPOT, INC., a Delaware
   Corporation; and DOES 1 through 50, Complaint Filed: November 15, 2019
15 inclusive.                          (Los Angeles Superior Court)

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

1.

ORDER RE STIPULATED PROTECTIVE ORDER

1         GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED

2   THAT:

3        The Parties Stipulation Re Protective Order and FRE 502(D) and (E)

4       Clawback Order is hereby entered in its entirety as the order of this Court.

5

6   Dated:  April 29, 2020

7                               _____

HON. PAUL L. ABRAMS

8                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

2.

ORDER RE STIPULATED PROTECTIVE ORDER